UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Cynthia Leigh Floyd, | ) | Civil Action No. 5:20-cv-01488-GTS |
|     *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Kilolo Kijakazi[1] | ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of the | ) | |
| Social Security Administration | ) | |
|     *Defendant*. | ) | |

**Consent Order for Payment of Fees under the Equal Access to Justice Act**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of six thousand one hundred ninety four dollars and fifty three cents ($6,194.53).

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to his attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. Astrue v. Ratliff, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to the Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

AND, the Court having reviewed the record in this matter;

IT IS on this __30th__ day of __August__, 2022;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $6,194.53, and that the fees are payable to the Plaintiff.

ORDERED that this award will fully and completely satisfy any and all of Plaintiff's claims for fees under 28 U.S.C. § 2412, and costs under 28 U.S.C. § 1920 and Fed. R. Civ. P. 54(d)(1).

ORDERED that the within matter be dismissed with prejudice.

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: August 30, 2022

| Kilolo Kijakazi, | Cynthia Leigh Floyd, |
|---|---|
| By Her Attorneys | By Her Attorney |

Carla B. Freedman,
United States Attorney

*/s/ Candace H. Lawrence* [2]            */s/ Justin M. Goldstein*
Candace H. Lawrence                       Justin M. Goldstein
Assistant Regional Counsel, Region 1      Law Office of Kenneth R. Hiller
Social Security Administration            6000 North Bailey Avenue, Suite 1A
15 Sudbury Street                         Amherst, NY  14226
JFK Federal Building, Ste. 625            (716) 564-3288
Boston, MA 02203                          jgoldstein@kennethhiller.com
(978) 455-7713
Candace.Lawrence@ssa.gov

---

[2] Signed by Justin M. Goldstein with Candace H. Lawrence's permission.